[No. 5876-6-II.   Division Two.   February 6, 1984.]

KENNETH O. HARRISON, ET AL, *Respondents,* v. T. R. HAZELRIGG III, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80-2-00981-5, Robert J. Doran, J., entered July 6, 1981. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[Nos. 10574-4-I; 10575-2-I.   Division One.   February 6, 1984.]

*In the Matter of the Welfare of*
SHILOW OTT, ET AL.

WILLARD OTT, *Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeals from judgments of the Superior Court for King County, Nos. J-82549, J-82550, James J. Dore, J., entered June 11, 1981. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Andersen and Ringold, JJ. Now published at 37 Wn. App. 234.

[No. 10721-6-I.   Division One.   February 6, 1984.]

*In the Matter of the Marriage of* EITEL W. SCHMIDT, *Respondent, and* JUNE E. SCHMIDT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-3-01236-5, Daniel T. Kershner, J., entered June 19, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Scholfield, J.